UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GINA AVERY** | * | **CIVIL ACTION NO. 2:24-01516** |
| | * | |
| **VERSUS** | * | **JUDGE: JAMES D CAIN, JR.** |
| | * | |
| **THE CHURCH OF JESUS CHRIST OF** | * | **MAGISTRATE JUDGE:** |
| **LATTER-DAY SAINTS AND THE CHURCH** | * | **THOMAS P. LEBLANC** |
| **OF JESUS CHRIST OF LATTER-DAY** | * | |
| **SAINTS, LAKE CHARLES** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF GINA AVERY'S RESPONSE SHOWING GOOD CAUSE REGARDING NOTICE OF INTENT TO DISMISS FOR FAILURE TO PROSECUTE

MAY IT PLEASE THE COURT:

On March 13, 2025, the Clerk of Court issued a Notice of Intent to Dismiss the defendant "Church of Jesus Christ of Latter−day Saints Lake Charles" for Failure to Prosecute under L.R. 41.3. The Clerk of Court's Notice indicates the plaintiff must show good cause as to "why service of the summons and complaint was not made within 90 days of the institution of this civil action." R. Doc. 11.

In response, Plaintiff avers she has served both Summons and Citation on defendant Church of Jesus Christ of Latter−day Saints Lake Charles while this matter was pending in State Court on October 4, 2024. *See,* Ex. 1. This service of Summons and Citation was perfected the same date and location as the other defendant in this suit, Church of Jesus Christ of Latter−day Saints, who have filed an Answer in this matter. R. Doc. 5.

Defendants' response to this Court's Removal Order also identifies a "October 4, 2024: Sherrif Return for The Church of Jesus Christ of Latter-day Saints, Lake Charles, 4700 Sale Lane, Lake Charles, LA 70605" in the State Court pleadings. R. Doc. 10.

In connection with the Clerk's Notice, plaintiff counsel have requested clarification as to whether counsel for defendant Church of Jesus Christ of Latter−day Saints also represent Church of Jesus Christ of Latter−day Saints Lake Charles.

Finally, this matter is also implicated in the proposed MDL No. 3150, IN RE: The Church of Jesus Christ of Latter-Day Saints Sexual Abuse Litigation, and subject to an ongoing briefing schedule in that matter.

WHEREFORE, Plaintiff Gina Avery prays that the Court find good cause shown, that the defendant Church of Jesus Christ of Latter−day Saints Lake Charles have been served within 90 days of commencement of this action and allow this matter to proceed.

Respectfully submitted,

**SLATER SLATER SCHULMAN LLP**

*/s/ Daniel A. Meyer*

Daniel A. Meyer (LSBA No. 33278)
6023 Magazine Street
New Orleans, Louisiana 70118
Telephone: (504)-334-8522
Facsimile: (212)-922-0907
Email: dmeyer@sssfirm.com

LAUREN WELLING, ESQ. (Pro Hac Vice Pending)
lwelling@sssfirm.com
8383 Wilshire Blvd., Suite 255
Beverly Hills, CA  90211
Telephone: (310) 341-2086
*Attorneys for Plaintiff, Gina Avery*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing pleading has been forwarded to all counsel of record through CM/ECF on March 25, 2025.

                                                                 */s/ Daniel A. Meyer*
                                                                    Daniel Meyer