H. Lynn Jones, II
Clerk of Court, Calcasieu Parish Clerk of Court
14th Judicial District

Notice of Sheriff Returns

DANIEL A MEYER
*SLATER SLATER SCHULMAN, LLP
825 BARONNE STREET
New Orleans, LA 70113

Docket Number: C-2024-2484
GINA AVERY
    VS.
THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS

PERSONAL Service on:
    THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, LAKE CHARLES
    4700 SALE LANE
    LAKE CHARLES, LA 70605

Date: 10/4/2024
Item: Citation for Petition

**EXHIBIT 1**

H. Lynn Jones, II
Clerk of Court, Calcasieu Parish Clerk of Court
14th Judicial District

Notice of Sheriff Returns

DANIEL A MEYER
*SLATER SLATER SCHULMAN, LLP
825 BARONNE STREET
New Orleans, LA 70113

Docket Number: C-2024-2484
GINA AVERY
    VS.
THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS

PERSONAL Service on:
    THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS
    4700 SALE LANE
    LAKE CHARLES, LA 70605

Date: 10/4/2024
Item: Citation for Petition